BC

FILED
4/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

———————————————————————————————

| | |
|---|---|
| Ifeoma Dellian Chinedu Obi<br>Plaintiff, Pro Se<br>v.<br>Cook County Illinois,<br>Michael Ian Bender,<br>Caesar & Bender LLP,<br>Leving Law Group,<br>Eric Hartig,<br>Leslie Poole,<br>Cook County Court – Circuit Court 2,<br>et al.<br>Defendants | Case No. 1:25-cv-03096<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

---

# EMERGENCY MOTION FOR PROTECTIVE ORDER

**Filed Under Rule 65(b), Rule 65(d)(2), Constitutional Emergency Relief, and Judicial Conflict Doctrine**
**United States District Court – Northern District of Illinois**
**Case No. 1:25-cv-03096**
**Ifeoma D.C. Obi v. Cook County, Illinois, et al.**

---

## INTRODUCTION AND LEGAL PREMISE

Plaintiff **Ifeoma D.C. Obi**, appearing pro se, respectfully submits this **Emergency Motion for Protective Order** pursuant to **Federal Rules of Civil Procedure 65(b), 65(d)(2), 70(b)** and the **All Writs Act, 28 U.S.C. § 1651**, requesting immediate federal protection from retaliatory and unlawful actions by Illinois state officials during the pendency of this civil rights proceeding.

This motion arises from a **pattern of coordinated retaliation**, evidenced by a series of contempt and enforcement orders issued against Plaintiff by **Judge Maura M. Zeller**, a judicial officer actively operating within a system named as a Defendant in this federal action. The

enforcement efforts, including those dated **April 4, 2025**, and **April 7, 2025**, were executed **after formal federal notice** had been submitted to the court and opposing parties.

The Plaintiff, a federally protected civil rights litigant, now faces imminent and irreparable harm, including unlawful arrest, deprivation of liberty, and further retaliatory actions that could undermine the integrity of this Court's jurisdiction and impede access to justice.

---

## I. PARTIES SUBJECT TO THIS MOTION:

This Emergency Motion for Protective Order applies to:

1. **Judge Maura M. Zeller** (Cook County Circuit Court)
2. **Michael Ian Bender** (Defendant and financial beneficiary of underlying state action)
3. **Cook County Circuit Court, Domestic Relations Division**
4. **Clerks, deputies, and officers acting under Cook County authority and jurisdiction**

---

## II. BASIS FOR FEDERAL INTERVENTION:

Plaintiff incorporates by reference the following previously filed documents:

- **Emergency Motion to Disqualify Judge Zeller**
- **Addendum with Exhibit Z4 – April 7 Escalated Order**
- **Motion for Special Master Appointment**
- **Special Master Addendum (with assigned enforcement tasks)**
- **Verified Civil Rights Complaint – Case No. 1:25-cv-03096**

These filings demonstrate a **coordinated pattern of retaliation** following the federal complaint, in direct violation of the Plaintiff's civil rights.

---

## III. FEDERAL LAW AND CONSTITUTIONAL PROTECTIONS

This motion is supported by the following authorities:

### A. Federal Rules

- **FRCP 65(b):** Allows for immediate temporary injunctive relief where irreparable harm is imminent and notice cannot mitigate risk.
- **FRCP 65(d)(2):** Binds officers, agents, clerks, and legal successors to the injunction.
- **FRCP 70(b):** Permits the appointment of a federal agent or officer to enforce judgments where state actors fail or act in contempt.

### B. Constitutional Protections

- **First Amendment:** Right to petition the government and seek redress through federal court.
- **Fifth Amendment:** Protection from unlawful deprivation of liberty without due process.
- **Fourteenth Amendment:** Equal protection under law and due process from state actors.

### C. Federal Statutes

- **28 U.S.C. § 1651 (All Writs Act):** Authorizes courts to issue writs necessary to protect jurisdiction and prevent obstruction.
- **42 U.S.C. § 1983:** Civil action for deprivation of rights under color of law.
- **42 U.S.C. § 1985(2)(3):** Protection against conspiracy to intimidate or deter court access.
- **42 U.S.C. § 1986:** Liability for failure to prevent known civil rights violations.

### D. Relevant Case Law

- **Ex parte Young, 209 U.S. 123 (1908):** Permits federal courts to enjoin state officials acting unconstitutionally.

- **Pulliam v. Allen, 466 U.S. 522 (1984):** Judicial immunity does not bar injunctive relief against unconstitutional acts.
- **Mitchum v. Foster, 407 U.S. 225 (1972):** § 1983 is an express exception to the Anti-Injunction Act.
- **Steffel v. Thompson, 415 U.S. 452 (1974):** Declaratory relief is appropriate where prosecution or enforcement is threatened but not yet executed.

---

## IV. REQUESTED RELIEF:

Plaintiff respectfully requests this Court to:

1. **Issue a Temporary Restraining Order (TRO)** immediately enjoining all named parties from initiating, executing, or continuing enforcement or arrest proceedings based on state contempt orders during this federal proceeding.
2. **Extend protection under FRCP 65(d)(2)** to all clerks, sheriffs, administrative staff, and third parties acting under Cook County judicial direction.
3. **Refer enforcement of this Order to the assigned Special Master** pursuant to Rule 70(b) and previously filed Motion.
4. **Preserve Plaintiff's right to appear remotely**, avoid physical risk, and be shielded from harassment while litigation is pending.

---

**Respectfully submitted,**
**Ifeoma D.C. Obi**
Pro Se Plaintiff
Tulsa, Oklahoma
Dated: April 7, 2025
ifeoma.ob6789@gmail.com