BC

RECEIVED
8/10/2025
AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ifeoma Dellian Chinedu Obi<br>Plaintiff, Pro Se<br>v.<br>Cook County Illinois,<br>Michael Ian Bender,<br>Caesar & Bender LLP,<br>Leving Law Group,<br>Eric Hartig,<br>Leslie Poole,<br>Cook County Court – Circuit Court 2,<br>et al.<br>Defendants | Case No. 1:25-cv-03096<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

## [PROPOSED] ORDER DENYING DEFENDANTS' ERIC HARTIG, LESLIE POOLE, AND LEVING LAW GROUP'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND DIRECTING CLERK TO PROCEED WITH DEFAULT

WHEREAS, Defendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint, seeking an extension to September 8, 2025 (ECF No. 54);

This matter comes before the Court on Plaintiff's Objection toDefendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint. The Court, having reviewed the objection, supporting exhibits, and applicable law, and being fully advised in the premises, finds that:

1. Defendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint (ECF No. 54) was filed after the expiration of the response deadline established by Fed. R. Civ. P. 12(a)(1)(A)(i);
2. Defendants have failed to demonstrate "excusable neglect" as required under Fed. R. Civ. P. 6(b)(1)(B) for untimely extension requests;

3. The docket reflects that Plaintiff has properly filed and served a Notice of Intent to Seek Default and a Request for Clerk's Entry of Default pursuant to Fed. R. Civ. P. 55(a); and

4. The Federal Rules and this District's local rules require the Clerk to enter default when shown by affidavit or otherwise that a party has failed to plead or otherwise defend.

Legal Basis:

- Fed. R. Civ. P. 7(b)(1)(C) – A request for a court order must be made by motion, and an objection that seeks relief functions as a motion for purposes of drafting a proposed order.
- N.D. Ill. Local Rule 5.3(b) – Parties seeking the entry of an order should submit a proposed order in an editable format to facilitate court efficiency.
- Fed. R. Civ. P. 6(b)(1)(B) – Late extension motions require a showing of excusable neglect.
- Fed. R. Civ. P. 55(a) – The clerk must enter default when a party fails to plead or otherwise defend.

---

IT IS HEREBY ORDERED that:

1. Defendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint is DENIED.
2. The Clerk of Court shall promptly process and docket the pending Request for Clerk's Entry of Default pursuant to Fed. R. Civ. P. 55(a).
3. This matter shall proceed without further delay in accordance with the Federal Rules of Civil Procedure.

_______

Upon consideration of Plaintiff's Objection to Defendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint, and for good cause shown, it is hereby:

ORDERED that Defendants Eric Hartig, Leslie Poole, and Leving Law Group filed a Motion for Enlargement of Time to answer or Otherwise Plead to Plaintiff's Complaint is DENIED.

IT IS FURTHER ORDERED that this Order pertains solely to Defendants Leving Law, P.C., Eric Hartig, and Leslie Poole, and shall not be construed to alter or affect pending default proceedings against Defendants Michael Ian Bender and Caesar & Bender LLP.

SO ORDERED.

Dated: _____________, 2025
Chicago, Illinois

______________________________
Hon. Virginia M. Kendall
United States District Judges