BC

FILED
9/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| Ifeoma Dellian Chinedu Obi<br>Plaintiff, Pro Se<br>v.<br>Cook County Illinois,<br>Michael Ian Bender,<br>Caesar & Bender LLP,<br>Leving Law Group,<br>Eric Hartig,<br>Leslie Poole,<br>Cook County Court – Circuit Court 2,<br>et al.<br>Defendants | Case No. 1:25-cv-03096<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

---

Plaintiff Ifeoma Dellian Chinedu Obi, proceeding pro se, respectfully submits this portion of the Joint Status Report pursuant to the Court's July 10, 2025 order. Plaintiff addresses the issues identified by the Court, including settlement potential, discovery planning, damages proportionality under Rule 26, and consent to magistrate jurisdiction.

---

**1. Settlement Possibility**

Plaintiff respectfully submits that the possibility of settlement at this stage is limited. The matters before this Court involve extensive and ongoing constitutional violations under 42 U.S.C. §§ 1983, 1985, and related statutes, spanning multiple years and involving systemic misconduct by state court officials and private actors.

While Plaintiff remains open to good-faith discussions, settlement would require:

- Full acknowledgment of liability by defendants;
- Protective remedies to secure Plaintiff's custodial rights and prevent further harm; and
- Compensation commensurate with the scope of damages (currently estimated at $347.5 million plus).

Absent these elements, Plaintiff believes early settlement is not feasible.

**2. Discovery Plan**
Plaintiff proposes discovery spanning 12–18 months, divided into written discovery, depositions, and expert review. Specific categories of discovery include:

- Financial & Billing Records – Itemized accounts, payments, and fee petitions from Michael Ian Bender, Caesar & Bender LLP, and Leving Law.
- Court Transcripts & Case Records – All transcripts, docket entries, orders, and internal communications from Cook County case 2020-D-079430.
- DCFS & State Agency Records – Findings, communications, and UCCJEA jurisdictional records from Illinois and Oklahoma.
- Judicial & GAL Communications – All emails, notes, and records of Michael Ian Bender, including communications with judges and opposing counsel.
- Zoom Hearing Footage & Logs – Plaintiff participated in nearly all Cook County proceedings virtually until the trial date. Plaintiff intends to subpoena Zoom/remote hearing providers to obtain audio/video recordings of these proceedings, which are critical to showing misconduct, inconsistencies, and verbal statements not reflected in written transcripts.
- Law Enforcement & Incident Reports – Including DUI child endangerment records tied to Joseph Carlos Orellana, Oak Park Police call logs, and related enforcement documents.

Plaintiff will provide a phased discovery proposal with dates once defendants file their responses on September 8, 2025.

**3. Damages and Rule 26 Proportionality**
Plaintiff estimates damages in excess of $347.5 million, encompassing compensatory, punitive, and statutory relief for over 46 distinct violations of federal and state law.

These damages reflect:

- Loss of custodial rights and ongoing deprivation of parental relationship;
- Emotional and psychological harm to Plaintiff and minor child;
- Financial losses from fraudulent fee orders and legal obstruction;
- Systemic and willful misconduct under color of law.

Rule 26 proportionality is satisfied because:

- The issues at stake involve constitutional rights, due process, and child custody protections — among the most fundamental legal interests.
- Defendants possess exclusive access to much of the relevant evidence (billing records, internal communications, sealed transcripts).
- The amount in controversy directly reflects the scope of violations, ongoing harm, and systemic nature of the misconduct.

**4. Consent to Magistrate**
Plaintiff does not consent to full jurisdiction by the magistrate judge at this time.

**5. Cooperation and Status of Joint Filing**
This submission has been prepared without input from Defendants, as no communication or draft has been provided to date. Plaintiff remains available to confer in good faith and to supplement this Report should Defendants initiate contact prior to the Court's September 4, 2025 deadline.

**6. Readiness and Compliance with Court Order**
Plaintiff respectfully notifies the Court that she is prepared to comply fully with the Court's July 10, 2025 order directing the parties to file a Joint Status Report by September 4, 2025. As of this filing, Defendants have not initiated communication or circulated a draft report.

Plaintiff has prepared her portion of the Report and remains available to confer in good faith. Plaintiff submits this section to preserve the record of her compliance and to prevent unnecessary delay or extensions that would prejudice the efficient administration of this case.

**Respectfully submitted,**

/s/ Ifeoma Dellian Chinedu Obi
Ifeoma Dellian Chinedu Obi
Pro Se Plaintiff
Phone: (918) 204-1977
Email: ifeoma.obi6789@gmail.com