| | | |
|---|---|---|
| IFEOMA DELLIANE CHINEDU OBI,<br><br>*Plaintiff*,<br>v.<br><br>COOK COUNTY, ILLINOIS; MICHAEL IAN BENDER; CAESAR & BENDER, LLP; LEVING LAW GROUP; ERIC HARTIG; LESLIE POOLE; COOK COUNTY COURT – CIRCUIT COURT 2; JUDGE MATTHEW LINKS; JUDGE ZELLER, and ASSOCIATED PARTIES<br><br>*Defendants*. | ) | No. 25 C 3096<br><br>Chief Judge Virginia M. Kendall |

**<u>JUDGMENT IN A CIVIL CASE</u>**

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s) COOK COUNTY, ILLINOIS; MICHAEL IAN BENDER; CAESAR & BENDER, LLP; LEVING LAW GROUP; ERIC HARTIG; LESLIE POOLE; COOK COUNTY COURT – CIRCUIT COURT 2; JUDGE MATTHEW LINKS; JUDGE ZELLER, and ASSOCIATED PARTIES
and against Plaintiff(s) IFEOMA DELLIANE CHINEDU OBI

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Honorable Virginia M. Kendall on Motions to Dismiss.

Date: 11/18/2025 Thomas G. Bruton, Clerk of Court

/s/Lynn Kandziora , Deputy Clerk