BC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
ALR
9/21/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Ifeoma Dellian Chinedu Obi<br>Plaintiff, Pro Se<br>v.<br>Cook County Illinois,<br>Michael Ian Bender,<br>Caesar & Bender LLP,<br>Leving Law Group,<br>Eric Hartig,<br>Leslie Poole,<br>Cook County Court – Circuit Court 2,<br>et al.<br>Defendants | Case No. 1:25-cv-03096<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFF'S MOTION TO REDUCE MONETARY SANCTION BASED ON FINANCIAL HARDSHIP OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO PAY**

Plaintiff Ifeoma Dellian Chinedu Obi, proceeding pro se, respectfully moves this Court to reduce the outstanding $5,000 monetary sanction to $2,000 based upon Plaintiff's documented financial hardship and permit Plaintiff to remit the $2,000 she presently has available. In the alternative, if the Court declines to reduce the sanction, Plaintiff respectfully requests an extension of the September 28, 2026 payment deadline to March 28, 2027.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff is not seeking to avoid compliance with the Court's Order. Plaintiff has made affirmative efforts to prepare for payment, has accumulated and set aside $2,000 toward the monetary sanction, and has independently contacted the Court's Fiscal Department to determine the proper method and location for remitting payment.

2. Despite those efforts, Plaintiff's present financial circumstances do not permit payment of the entire $5,000 by September 28, 2026 without substantially interfering with her ability to meet necessary living expenses and existing financial obligations.

3. The Court is already familiar with Plaintiff's financial circumstances. In its June 10, 2026 Opinion and Order granting Plaintiff leave to proceed on appeal *in forma pauperis*, the Court considered Plaintiff's reported income and expenses and determined that Plaintiff had demonstrated an inability to pay the $605 appellate filing and docketing fees. Plaintiff's financial circumstances have not materially improved since that determination.

4. Nevertheless, Plaintiff has continued making a good-faith effort to comply with the separate $5,000 monetary sanction. Plaintiff has been able to accumulate $2,000 nearly half of the amount ordered and is presently prepared to remit that amount if the Court permits it to satisfy the monetary sanction.

5. Plaintiff has also taken affirmative steps to determine how payment should be made. On September 13, 2026, Plaintiff contacted the Fiscal Department of the United States District Court for the Northern District of Illinois and specifically requested instructions for paying the $5,000 sanction.

6. On September 14, 2026, the Court's Financial Administrator responded and provided Plaintiff with instructions for remitting the Court-ordered sanction. Plaintiff has therefore confirmed the appropriate procedure for payment and is prepared to remit payment in accordance with the Court's instructions if the requested relief is granted.

7. Plaintiff's communication with the Fiscal Department was undertaken to ensure that she understood the proper procedure for payment and could comply with the Court's Order. Plaintiff respectfully submits that these actions demonstrate that she has not ignored the monetary sanction or attempted to evade her obligation.

8. Plaintiff has considered the financial avenues reasonably available to her. At present, however, $2,000 represents the amount Plaintiff has actually been able to accumulate while continuing to satisfy necessary living expenses and existing financial obligations.

9. Plaintiff remains hopeful that her financial circumstances may improve through future employment opportunities. However, no such opportunity is presently sufficiently certain for Plaintiff to represent to this Court that additional income will become available. Plaintiff therefore does not wish to make a financial commitment to the Court based upon income she does not presently possess.

10. Plaintiff understands the seriousness of the Court's Order and does not bring this Motion for the purpose of relitigating the underlying basis for the monetary sanction. This Motion is directed solely toward Plaintiff's present financial ability to comply and her request for relief before the September 28, 2026 deadline.

11. Plaintiff therefore respectfully requests that the Court consider her documented financial circumstances, including the financial information previously considered by the Court in granting Plaintiff leave to proceed *in forma pauperis* on appeal; Plaintiff's efforts to obtain the funds necessary for payment; the $2,000 she has actually accumulated and set aside; and Plaintiff's affirmative efforts to obtain and follow the Court's payment procedures.

12. Plaintiff respectfully requests, as her primary relief, that the Court reduce the outstanding $5,000 monetary sanction to $2,000 and permit Plaintiff to remit that amount promptly in full satisfaction of the monetary sanction.

13. Alternatively, if the Court determines that reduction of the sanction is not appropriate, Plaintiff respectfully requests an extension of the payment deadline from September 28, 2026 to March 28, 2027.

14. Plaintiff makes this alternative request in good faith so that she may continue her efforts toward compliance without committing herself to a payment that exceeds her present financial means. If Plaintiff's financial circumstances permit satisfaction of the obligation before March 28, 2027, Plaintiff intends to satisfy it sooner.

## WHEREFORE

Plaintiff Ifeoma Delliane Chinedu Obi respectfully requests that this Court:

A. Reduce the $5,000 monetary sanction to $2,000 and permit Plaintiff to remit $2,000 promptly in full satisfaction of the monetary sanction;

OR, IN THE ALTERNATIVE,

B. Extend Plaintiff's deadline to satisfy the monetary sanction from September 28, 2026 to March 28, 2027, with Plaintiff permitted to satisfy the obligation earlier should her financial circumstances allow; and

C. Grant such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

Ifeoma Dellian Chinedu Obi
Plaintiff, Pro Se
P.O. Box 135
Bethel, VT
(918)204-1977
Ifeoma.obi6789@gmail.com

Date: September 21, 2026